David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Shawn Eldridge (SBN 276581)
EldridgeS@cmtlaw.com
Carlson & Messer LLP
9841 Airport Blvd., Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendants
DESIGNED RECEIVABLE SOLUTIONS, INC.,
DAN EDER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ALAN, | CASE NO.: |
| Plaintiff, | |
| vs. | **NOTICE OF REMOVAL** |
| DESIGNED RECEIVABLE SOLUTIONS, INC., DAN EDER; | |
| Defendant. | |

  PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendants DESIGNED RECEIVABLE SOLUTIONS, INC. and DAN EDER ("Defendants") hereby remove to this Court the civil action described below, as it involves a federal question.

  1.  On July 5, 2017, Plaintiff JASON ALAN ("Plaintiff") filed a civil action in the Ventura County Superior Court, Small Claims, entitled *Jason Alan v. Designed Receivable Solutions, Inc.*, *Dan Eder*, Case No. 56-2017-00498533-SC-SC-SIM.  A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit A.

{00069747;1}

1

NOTICE OF REMOVAL

2. Plaintiff's Complaint was served on Defendants in person on July 7, 2017.

3. Therefore this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.) (the "FDCPA"). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges in the Complaint "9+ envelope violations Under the Fair Debt Collections Practices Act 1692f(8)" [sic]; these behaviors are governed by Fair Debt Collection Practices Act. (See Exhibit A.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint does not include a demand for a jury trial.

8. Plaintiff previously filed a similar Complaint on May 25, 2017, and Defendant removed the same on June 20, 2017. Plaintiff voluntarily dismissed the claim, only to re-file in Small Claims court.

8. Defendants will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

**CARLSON & MESSER, LLP**

DATED: July 21, 2017    By:    s/ Shawn Eldridge
                                David J. Kaminski
                                Shawn Eldridge
                                Attorneys for Defendants,
                                DESIGNED RECEIVABLE
                                SOLUTIONS, INC., DAN EDER

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of July, 2017, a true and accurate copy of the foregoing NOTICE OF REMOVAL was served via mail on the following person:

Jason Alan
291 Sequoia Court, #24
Thousand Oaks, CA 91360

**CARLSON & MESSER LLP**

/s/ Shawn Eldridge
Shawn Eldridge

{00069747;1}

3

NOTICE OF REMOVAL