# Exhibit A

# SC-100

## Plaintiff's Claim and ORDER to Go to Small Claims Court

*Clerk stamps date here when form is filed.*

**VENTURA SUPERIOR COURT**
**FILED**
Michael D. Planet
Executive Officer and Clerk
07/05/2017

**FABIAN DURAN**

### Notice to the person being sued:

- You are the defendant if your name is listed in ② on page 2 of this form. The person suing you is the plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

### Aviso al Demandado:

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Fill in court name and street address:*
Superior Court of California, County of
Ventura
3855-F Alamo Street
Simi Valley, CA 93063

*Court fills in case number when form is filed.*
**Case Number:**
56-2017-00498533-SC-SC-SIM
**Case Name:**
Alan vs. Designed Receivable Solutions Inc

### Order to Go to Court

The people in ① and ② must go to court: *(Clerk fills out section below.)*

| Trial Date | Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| 1. | 08/14/2017 | 09:00:00 AM | S1 | |
| 2. | | | | |
| 3. | | | | |

Date: 07/05/2017        Clerk, by _____, Deputy

### Instructions for the person suing:

- You are the plaintiff. The person you are suing is the defendant.
- Before you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: www.courts.ca.gov/smallclaims/forms.
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make one copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all five pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- Go to court on your trial date listed above. Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, §116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

SC-100, Page 1 →

1

| Plaintiff (list names): | Case Number: |
|---|---|
| | 56-2017-00498533-SC-SC-SIM |

### ① The Plaintiff (the person, business, or public entity that is suing) is:

Name: Jason Alan    Phone: 818-523-7456

Street address: 291 Sequoia Ct #24    Thousand Oaks    CA    91360
                    *Street*                    *City*           *State*   *Zip*

Mailing address (if different): _____
                    *Street*                    *City*           *State*   *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____    Phone: _____

Street address: _____
                    *Street*                    *City*           *State*   *Zip*

Mailing address (if different): _____
                    *Street*                    *City*           *State*   *Zip*

☐ Check here if more than two Plaintiffs and attach Form SC-100A.

☐ Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.

### ② The Defendant (the person, business, or public entity being sued) is:

Name: DESIGNED RECEIVABLE SOLUTIONS, INC.    Phone: (714) 735-3000

Street address: 1 CENTERPOINTE DRIVE #450    LA PALMA    CA    90623
                    *Street*                    *City*           *State*   *Zip*

Mailing address (if different): _____
                    *Street*                    *City*           *State*   *Zip*

Agent of service SA    SA

**If more than one Defendant, list next Defendant here:**

Name: Dan Eder    Phone: 714-735-3000

Street address: Street address: 1 CENTERPOINTE DRIVE #450    LA PALMA    CA    90623
                    *Street*                    *City*           *State*   *Zip*

Mailing address (if different): _____
                    *Street*                    *City*           *State*   *Zip*

☒ Check here if more than two Defendants and attach Form SC-100A.

☐ Check here if any Defendant is on active military duty, and write his or her name here: _____

### ③ The Plaintiff claims the Defendant owes $ 10,000 . (Explain below):

a. Why does the Defendant owe the Plaintiff money?
   9+/ Envelope Violations Under The Fair Debt Collections Practices Act 1692f(8)
   CA CCRA, CA Business And Professions Code Violations.

   When did this happen? (Date): _____

b. If no specific date, give the time period: Date started: 4-24-2017    Through: 7-5-2017

c. How did you calculate the money owed to you? (Do not include court costs or fees for service.)
   Stautory damages for willful and negligent violations;    And any such other and further relief as may be just and proper.

☐ Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100, Item 3" at the top.

Plaintiff (list names):

Case Number: 56-2017-00498533-SC-SC-SIM

④ **You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?** ☑ Yes ☐ No
If no, explain why not: _____

⑤ **Why are you filing your claim at this courthouse?**
This courthouse covers the area (check the one that applies):
a. ☑ (1) Where the Defendant lives or does business.
   (2) Where the Plaintiff's property was damaged.
   (3) Where the Plaintiff was injured.
   (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant or where the Defendant lived or did business when the Defendant made the contract.
b. ☐ Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*
c. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civ. Code, § 1812.10.)*
d. ☐ Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civ. Code, § 2984.4.)*
e. ☐ Other (specify): _____

⑥ List the zip code of the place checked in ⑤ above (if you know): 91360 JA

⑦ **Is your claim about an attorney-client fee dispute?** ☐ Yes ☒ No JA
If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here: ☐

⑧ **Are you suing a public entity?** ☐ Yes ☒ No JA
If yes, you must file a written claim with the entity first. ☐ A claim was filed on (date): _____
If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.

⑨ **Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes ☒ No JA   If yes, the filing fee for this case will be higher.

⑩ I understand that by filing a claim in small claims court, I have no right to appeal this claim.

⑪ I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, [that the information] above and on any attachments to this form is true and correct.

7-5-17    Jason Alan    
Plaintiff types or prints name here

Date: _____  _____  _____
Second Plaintiff types or prints name here    Second Plaintiff signs here

**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civ. Code, § 54.8.)*

# SC-100A — Other Plaintiffs or Defendants

Case Number: 56-2017-00498533-SC-SC-SIM

☒ This form is attached to form SC-100, item 1 or 2.

**(1) If more than two plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____
Street address: _____ Phone: _____
City: _____ State: _____ Zip: _____
Mailing address (if different): _____
City: _____ State: _____ Zip: _____
Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No If yes, attach form SC-103.

Other plaintiff's name: _____
Street address: _____ Phone: _____
City: _____ State: _____ Zip: _____
Mailing address (if different): _____
City: _____ State: _____ Zip: _____
Is this plaintiff doing business under a fictitious name? ☐ Yes ☐ No If yes, attach form SC-103.

☐ Check here if more than 4 plaintiffs and fill out and attach another form SC-100A.

**(2) If more than one defendant (person, business, or entity being sued), list their information below:**

Other defendant's name: Pim Eder
Street address: 1 Centerpointe Dr #450    Phone: 714-735-3000
City: La Palma    State: CA    Zip: 90623
Mailing address (if different): _____
City: _____ State: _____ Zip: _____

If this defendant is a corporation, limited liability company, or public entity, list the person or agent authorized for service of process:
Name: _____ Job title, if known: _____
Address: _____
City: _____ State: _____ Zip: _____

☐ Check here if your case is against more than two defendants, and fill out and attach another form SC-100A.

**(3) Is your claim for more than $2,500?** ☒ Yes ☐ No
If yes, I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

**(4) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 7/5/17
Jason Alan
Type or print your name    ▶ /s/ Sign your name

Date: _____
Type or print your name    ▶ Sign your name

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2017, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**
(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)

SC-100A, Page __ of __

# SC-100 Information for the Defendant (the person being sued)

**"Small claims court"** is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (See below for exceptions.*) The process is quick and cheap. The rules are simple and informal. You are the *Defendant*—the person being sued. The person who is suing you is the *Plaintiff*.

**Do I need a lawyer?**
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

**How do I get ready for court?**
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at www.courts.ca.gov/smallclaims/prepare.

**What if I need an accommodation?**
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations*. Give the form to your court clerk or the ADA/Access Coordinator.

**What if I don't speak English well?**
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Request to Waive Court Fees* (form FW-001).

**Where can I get the court forms I need?**
Go to any courthouse or your county law library, or print forms at www.courts.ca.gov/smallclaims/forms.

**What happens at the trial?**
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

**What if I lose the case?**
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal*. You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration*, to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see www.courts.ca.gov/smallclaims/appeals.

**Do I have options?**
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done so.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim*. There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

**What if I need more time?**
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial), *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county), *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.

**(?) Need help?**
Your county's Small Claims Advisor can help for free.

> Ventura District Attorney Small Claims Advisor
> Ventura (805)654-5054 / Simi (805)306-7930
> **Call for hours.**

Or go to www.courts.ca.gov/smallclaims/advisor.

* Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).)

## SC-100 — Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (Vea abajo para las excepciones.*) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado—la persona que se está demandando. La persona que lo está demandando es el Demandante.

**¿Necesito un abogado?**
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

**¿Cómo me preparo para ir a la corte?**
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos y pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en *www.courts.ca.gov/reclamosmenores/preparese*.

**¿Qué hago si necesito una adaptación?**
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accommodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

**¿Qué pasa si no hablo inglés bien?**
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas de la corte (formulario FW-001S).

**¿Dónde puedo obtener los formularios de la corte que necesito?** Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

**¿Qué pasa en el juicio?**
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

**¿Qué pasa si pierdo el caso?**
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)

- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días después de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea *www.courts.ca.gov/reclamosmenores/apelaciones*.

**¿Tengo otras opciones?** Sí. Si lo están demandando, puede:

- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que es la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

**¿Qué hago si necesito más tiempo?** Puede cambiar la fecha del juicio si:

- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio), o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado), o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

> Ventura District Attorney Small Claims Advisor
> Ventura (805)654-5054 / Simi (805)306-7930
> **Call for hours.**

O vea Información por condado en *www.courts.ca.gov/reclamosmenores/asesores*.

* Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).)

Revised July 1, 2015                **Reclamo del Demandante y ORDEN**                SC-100, Page 5 of 5
**Para Ir a la Corte de Reclamos Menores**
(Reclamos Menores)

Chambers of
**The Superior Court**
Patricia M. Murphy
Hall of Justice
800 South Victoria Avenue
Ventura, CA  93009

Dispute Settlement

Although court processes are available to you and you have every right to use them, the judges of the Superior Court of California, County of Ventura, want you to know about two alternatives. The Ventura Center for Dispute Settlement (VCDS) is an independent, nonprofit organization which will, if you ask, try to help resolve disputes through conciliation and mediation by telephone and in person.  The Consumer Mediation Unit of the Ventura County District Attorney's office specializes in helping to resolve consumer and business-related disputes through conciliation and mediation by telephone and written correspondence.  Cases are handled in confidence by neutral third parties.  We urge you to explore these options now, well before your court date.

If you choose to use the services of either VCDS or the Consumer Mediation Unit but are unable to come to an agreement, you do not forfeit any of the rights you now have.  If you do not resolve the matter, a judge will hear your case.

If both parties agree to use either VCDS or the Consumer Mediation Unit, the court will postpone your hearing date for up to 30 days.  The Mediation service you have chosen will notify the court and we will in turn send you a new court date, if that is still necessary.

Thank you for considering these alternatives.  If you choose to take advantage of them, you will have done an enormous service by assisting this court with its efforts to reduce delay and to keep costs of court services affordable for all.

*/s/ P.M. Murphy*
Patricia M. Murphy
Presiding Judge

For an appointment, contact:

Ventura Center For
Dispute Settlement (VCDS)
4001 Mission Oaks Blvd. Suite L
Camarillo, CA  93012
(805) 384-1313

Consumer Mediation Unit
District Attorney's Office
800 South Victoria Avenue
Ventura, CA  93009
(805) 654-3110



# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF VENTURA

Superior Court of California, County of Ventura

800 South Victoria Avenue
Ventura, CA 93009

## PAYMENT RECEIPT

Receipt #: 9990662562

| Clerk ID: fduran | Transaction No: 1825307 | Transaction Date: 07/05/2017 | Transaction Time: 11:54:01 AM |
|---|---|---|---|

| Case Number | Fee Type | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|
| 56-2017-00498533-SC-SC-SIM | 05 - Claim >$5,000<=$7,500 | 1 | $75.00 | $75.00 | $75.00 | $0.00 |

|  |  |
|---|---|
| Sales Tax: | $0.00 |
| Total: | $75.00    Total Rem. Bal:  $0.00 |
| Cash: | $80.00 |
| Total Amount Tendered: | $80.00 |
| Change Due: | $5.00 |
| Balance: | $0.00 |

www.ventura.courts.ca.gov    Our Court is here for the people we serve.

**ORIGINAL**