# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-5421 FMO (ASx) | Date | September 1, 2017 |
|---|---|---|---|
| Title | Jason Alan v. Designed Receivable Solutions, Inc, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order to Show Cause Re: Supplemental Jurisdiction Over Remaining State Law Claims**

Plaintiff's First Amended Complaint asserts only state law claims. This case was originally removed on the basis of federal question jurisdiction. Accordingly, IT IS ORDERED THAT:

1.   No later than **September 15, 2017**, each party shall file a Response to the OSC ("Response") addressing the question as to whether the court should decline to exercise supplemental jurisdiction over the pendent state law claims. Each party shall indicate if the parties believe remand is appropriate.

2.   The Response shall be no longer than 10 pages in length.

| | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |